■ In the Matter of GEORGE L. LYNCH, Appellant, v. THOMAS F. McCOY, as State Administrator of the Administrative Board of the Judicial Conference of the State of New York, et al., Respondents.—

Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Macken, JJ.